# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1449
LT Case No. 59-2015-CF-3131-A

_____

LILBURTIE JAY WILLIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Lilburtie Jay Willis, Arcadia, pro se.

No Appearance for Appellee.


June 30, 2026


PER CURIAM.

    AFFIRMED.


SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————